Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

Case No.: 16−13260−CMG
Chapter: 13
Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Jegar Kane Houssell                              Laura Deanna Houssell
   145 A. New Cedar Lane                            145 A. New Cedar Lane
   Trenton, NJ 08610                                Trenton, NJ 08610

Social Security No.:
   xxx−xx−7586                                      xxx−xx−9176

Employer's Tax I.D. No.:

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable Christine M. Gravelle on:

Date:       2/15/17
Time:       12:00 PM
Location:   Courtroom 3, Clarkson S. Fisher, U.S. Courthouse, 402 E. State St., Trenton, NJ 08608−1507

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
George E. Veitengruber, III, Esq., Debtor's Attorney

COMMISSION OR FEES
$1,600.00

EXPENSES
$0.00

Creditors may be heard before the applications are determined.

In accordance with D.N.J. Local Bankruptcy Rule 2016−1(d), appearances are not required on applications for compensation unless objections are filed. Objections shall be filed and served no later than seven (7) days prior to the scheduled hearing date (D.N.J. LBR 2016−1(h)).

Dated: January 17, 2017
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                          Case No. 16-13260-CMG
Jegar Kane Houssell                                             Chapter 13
Laura Deanna Houssell
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin             Page 1 of 2             Date Rcvd: Jan 17, 2017
                              Form ID: 137            Total Noticed: 23

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 19, 2017.
```
db/jdb         +Jegar Kane Houssell,    Laura Deanna Houssell,    145 A. New Cedar Lane,    Trenton, NJ 08610-6320
lm            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: NATIONSTAR,    ard, PC,    350 Highland Drive,
                Lewisville, TX  75067)
lm             +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                Suite 302,    Roseland, NJ 07068-1640
cr             +Nationstar Mortgage LLC as servicer for  U.S. Bank,    Stern, Lavinthal & Frankenberg, LLC,
                105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
516015548      +AT&T C/o Bankruptcy,    1801 Valley View Lane,    Dallas, TX 75234-8906
516015549      +Buckely Madole PC,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
516245902      +Emer Phy Assoc North Jersey,Pc,    6681 Country Club Drive,    Golden Valley MN 55427-4601
516015550      +Emergency Physician Associates No Jersey,    P.O. Box 740021,    Cincinnati, OH 45274-0021
516015551      +HRRG,   P.O. Box 459080,    Fort Lauderdale, FL 33345-9080
516015552       Law Enforcement Systems,    P.O. Box 3932,    Milwaukee, WI 53201
516015553      +Linebarger Guggan Blair et al.,    P.O. Box 90128,    Harrisburg, PA 17109-0128
516015554      +Maryland Transportation Authority,    P.O. Box 17600,    Baltimore, MD 21297-1600
516015557      +NJ EZPass,    Violations Processing Center,    P.O. Box 4971,    Trenton, NJ 08650-4971
516015558      +NJ Motor Vehicle Commission,    P.O. Box 160,    Trenton, NJ 08666-0160
516015559      +RMB Inc.,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
516226499      +U.S. Bank National Association, as Trustee for SPE,    Nationstar Mortgage LLC,
                P.O. Box 619096,    Dallas, TX 75261-9096
516015561      +Verizon Wireless,    P.O. Box 26055,    Minneapolis, MN 55426-0055
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: usanj.njbankr@usdoj.gov Jan 17 2017 23:43:38     U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Jan 17 2017 23:43:36      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516015547      +E-mail/Text: jhernandez@trafgroup.org Jan 17 2017 23:44:24      A-1 Collection Service,
                101 Grovers  Mill Road,    Suite 303,    Lawrence Township, NJ 08648-4706
516137530       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Jan 17 2017 23:45:33
                American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                Oklahoma City, OK  73124-8838
516015555      +E-mail/Text: bankruptcydpt@mcmcg.com Jan 17 2017 23:43:35     Midland Funding,
                8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
516015560      +E-mail/Text: paola.flores@rwjuh.edu Jan 17 2017 23:44:39
                Robert Wood Johnson Univeristy Hospital,    1 Robert Wood Johnson Place,
                New Brunswick, NJ 08901-1966
                                                                                              TOTAL: 6
```

          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
516015556*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court: NationStar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
                                                                                   TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 19, 2017                              Signature:   /s/Joseph Speetjens

```
District/off: 0312-3          User: admin                Page 2 of 2              Date Rcvd: Jan 17, 2017
                              Form ID: 137               Total Noticed: 23
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 16, 2017 at the address(es) listed below:
              Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
              Albert   Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor    U.S. Bank National Association, Et Al...
               dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Debtor Jegar Kane Houssell Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              George E Veitengruber, III    on behalf of Joint Debtor Laura Deanna Houssell
               Gveitengruberesq@gmail.com,   knapolitano15@gmail.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicer for   U.S.
               Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST
               MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC3 cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Loss Mitigation    Nationstar Mortgage LLC
               cmecf@sternlav.com
                                                                                             TOTAL: 7
```