UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

George E. Veitengruber, III, Esq.
Veitengruber Law LLC
1720 Route 34, Suite 10
Wall, NJ 07727
Telephone: 732-695-3303
Facsimile: 732-695-3917
George@Veitengruberlaw.com
Attorneys for Debtor(s)

Order Filed on February 16, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Jegar Kane Houssell
Laura Deanna Houssell

Case No.:    16-13260

Chapter:    13

Judge:    CMG

## ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: February 16, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____George E. Veitengruber, III, Esq._____, the applicant, is allowed a fee of $ _____1600_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____1600_____ . The allowance is payable:

    ☒ through the Chapter 13 plan as an administrative priority.

    ☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:  
Jegar Kane Houssell  
Laura Deanna Houssell  
    Debtors

Case No. 16-13260-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3        User: admin        Page 1 of 1        Date Rcvd: Feb 17, 2017  
                      Form ID: pdf903      Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 19, 2017.  
db/jdb        +Jegar Kane Houssell,   Laura Deanna Houssell,   145 A. New Cedar Lane,   Trenton, NJ 08610-6320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.        TOTAL: 0

         ***** BYPASSED RECIPIENTS *****  
NONE.        TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 19, 2017                         Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 17, 2017 at the address(es) listed below:
        Albert   Russo    on behalf of Trustee Albert   Russo docs@russotrustee.com
        Albert   Russo    docs@russotrustee.com
        Denise E. Carlon    on behalf of Creditor   U.S. Bank National Association, Et Al...
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com
        George E Veitengruber, III    on behalf of Debtor Jegar Kane Houssell Gveitengruberesq@gmail.com,
         knapolitano15@gmail.com
        George E Veitengruber, III    on behalf of Joint Debtor Laura Deanna Houssell
         Gveitengruberesq@gmail.com,   knapolitano15@gmail.com
        Jeanette F. Frankenberg    on behalf of Creditor   Nationstar Mortgage LLC as servicer for   U.S.
         Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST
         MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC3 cmecf@sternlav.com
        Jeanette F. Frankenberg    on behalf of Loss Mitigation   Nationstar Mortgage LLC
         cmecf@sternlav.com
                                                                               TOTAL: 7