UNITED STATES BANKRUPTCY COURT
District of New Jersey

Caption in Compliance with D.N.J. LBR 9004-1(b)

Albert Russo
Cn 4853
Trenton, NJ  08650
(609) 587-6888

In re:

Jegar Kane Houssell
Laura Deanna Houssell

Debtor(s)

Order Filed on March 3, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-13260 / CMG

Hearing Date:  02/15/2017

Judge: Christine M. Gravelle

Chapter: 13

## ORDER CONFIRMING MODIFIED CHAPTER 13 PLAN

The relief set forth on the following pages, numbered two (2) through three (3) is **ORDERED**.

**DATED: March 3, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

The modified plan of the debtor having been proposed to creditors, and a hearing having been held on the confirmation of such modified plan, and it appearing that the applicable provisions of the Bankruptcy Code have been complied with; and for good cause shown, it is

**ORDERED** that the modified plan of the above named debtor, dated 01/16/2017, or the last amended plan of the debtor be and it is hereby confirmed. The Standing Trustee shall make payments in accordance with 11 U.S.C. § 1326 with funds received from the debtor.

**ORDERED** that the plan of the debtor is confirmed to pay the Standing Trustee for a period of 36 months.

**ORDERED** that the debtor shall pay the Standing Trustee, Albert Russo, based upon the following schedule, which payments shall include commission and expenses of the Standing Trustee in accordance with 28 U.S.C. § 586:

$4,995.00 PAID TO DATE

$555.00 for 24 months beginning 3/1/2017

**ORDERED** that the case is confirmed to pay 100% dividend to general unsecured creditors.

**ORDERED** that the Standing Trustee shall be authorized to submit, ex-parte, an Amended Confirming Order, if required, subsequent to the passage of the claims bar date(s) provided under Fed. R. Bank. P. 3002.

**ORDERED** that the debtor's attorney be and hereby is allowed a fee pursuant to the filed 2016(b) Statement. Any unpaid balance of the allowed fee shall be paid to said attorney through the Chapter 13 plan by the Standing Trustee.

**ORDERED** that if the debtor should fail to make plan payments or fail to comply with other plan provisions for a period of more than 30 days, the Standing Trustee may file, with the Court and serve upon the Debtor and Debtor's Counsel, a Certification of Non-Receipt of Payment and request that the debtor's case be dismissed. The debtor shall have fourteen (14) days within which to file with the Court and serve upon the Trustee a written objection to such Certification.

**ORDERED** that upon completion of the plan, affected secured creditors shall take all steps necessary to remove of record any lien or portion of any lien discharged.

**ORDERED** that the Standing Trustee is <u>not authorized</u> to pay post-petition claims filed pursuant to 11 U.S.C. § 1305(a).

**ORDERED** as follows:

U.S. Bank National Association c/o Nationtar Mortgage claim 2-1 to be amended to funds paid to date or withdrawn within 45 days of confirmation.

United States Bankruptcy Court
District of New Jersey

In re:  
Jegar Kane Houssell  
Laura Deanna Houssell  
      Debtors

Case No. 16-13260-CMG  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3    User: admin    Page 1 of 1    Date Rcvd: Mar 03, 2017  
                 Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 05, 2017.  
db/jdb    +Jegar Kane Houssell,   Laura Deanna Houssell,   145 A. New Cedar Lane,   Trenton, NJ 08610-6320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.                                                                                             TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.                                                                                             TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 05, 2017                                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 3, 2017 at the address(es) listed below:

        Albert  Russo   on behalf of Trustee Albert  Russo docs@russotrustee.com  
        Albert  Russo   docs@russotrustee.com  
        Denise E. Carlon   on behalf of Creditor   U.S. Bank National Association, Et Al...  
         dcarlon@kmllawgroup.com,   bkgroup@kmllawgroup.com  
        George E Veitengruber, III   on behalf of Debtor Jegar Kane Houssell Gveitengruberesq@gmail.com,  
         knapolitano15@gmail.com  
        George E Veitengruber, III   on behalf of Joint Debtor Laura Deanna Houssell  
         Gveitengruberesq@gmail.com,   knapolitano15@gmail.com  
        Jeanette F. Frankenberg   on behalf of Creditor   Nationstar Mortgage LLC as servicer for  U.S.  
         Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST  
         MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC3 cmecf@sternlav.com  
        Jeanette F. Frankenberg   on behalf of Loss Mitigation   Nationstar Mortgage LLC  
         cmecf@sternlav.com  
                                                                                                  TOTAL: 7