Melissa N. Licker
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: 732-902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

Order Filed on October 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Jegar Kane Houssell and Laura Deanna Houssell, | Case No. 16-13260 CMG |
| | Hearing Date: October 4, 2017 at 9:00 a.m. |
| Debtors. | Judge: Hon. Christine M. Gravelle |

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: October 4, 2017**

*[signature]*

Honorable Christine M. Gravelle
United States Bankruptcy Judge

9448-3339

| | |
|---|---|
| Debtors: | Jegar Kane Houssell and Laura Deanna Houssell |
| Case No.: | 16-13260 CMG |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY** |

    THIS MATTER having been opened to the Court upon the motion of Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2006-BC3 ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 145A New Cedar Lane, Trenton, NJ 08610;

2. Movant may join as defendants in said foreclosure action the Debtors and/or any trustee appointed in this case, irrespective of whether the Debtors' case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtors or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;

4. ~~Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtors as required by F.R.B.P. 3002.1(b) and (c).~~

9448-3339