

Melissa N. Licker
Buckley Madole, P.C.
99 Wood Avenue South, Suite 803
Iselin, NJ 08830
Telephone: 732-902-5399
NJ_ECF_Notices@BuckleyMadole.com
Attorneys for Movant

Order Filed on October 4, 2017
by Clerk
U.S. Bankruptcy Court
District of New Jersey

## UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEW JERSEY

| In re: | Chapter 13 |
|---|---|
| Jegar Kane Houssell and Laura Deanna Houssell, | Case No. 16-13260 CMG |
|  | Hearing Date: October 4, 2017 at 9:00 a.m. |
| Debtors. | Judge: Hon. Christine M. Gravelle |

**ORDER VACATING AUTOMATIC STAY**

The relief set forth on the following pages, number two (2) through two (2) is hereby

**ORDERED**

**DATED: October 4, 2017**

Honorable Christine M. Gravelle
United States Bankruptcy Judge

9448-3339

| | |
|---|---|
| Debtors: | Jegar Kane Houssell and Laura Deanna Houssell |
| Case No.: | 16-13260 CMG |
| Caption of Order: | **ORDER VACATING AUTOMATIC STAY** |

THIS MATTER having been opened to the Court upon the motion of Nationstar Mortgage LLC as servicer for U.S. Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates Series 2006-BC3 ("Movant"), for an order vacating the automatic stay in effect pursuant to 11 U.S.C. § 362(a), and for good cause shown for the entry of this Order, it is hereby ordered that:

1. The automatic stay be and is hereby vacated under 11 U.S.C. § 362(d) to permit Movant, to institute or resume a mortgage foreclosure action in the Superior Court of New Jersey in order to pursue its rights in real property located at 145A New Cedar Lane, Trenton, NJ 08610;

2. Movant may join as defendants in said foreclosure action the Debtors and/or any trustee appointed in this case, irrespective of whether the Debtors' case converts to any other chapter of the Bankruptcy Code;

3. Movant may pursue any and all loss mitigation options with respect to the Debtors or the real property described above, including but not limited to repayment agreement, loan modification, short sale or deed-in-lieu of foreclosure;

4. ~~Movant shall no longer be responsible to serve Notices of Payment Change and/or Notices of Post-Petition Fees, Expenses and Charges to the Debtors as required by F.R.B.P. 3002.1(b) and (c).~~

9448-3339

United States Bankruptcy Court
District of New Jersey

In re:
Jegar Kane Houssell
Laura Deanna Houssell
    Debtors

Case No. 16-13260-CMG
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0312-3　　　　User: admin　　　　Page 1 of 1　　　　Date Rcvd: Oct 04, 2017
　　　　　　　　　　　　　Form ID: pdf903　　Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 06, 2017.
db/jdb　　　+Jegar Kane Houssell,　Laura Deanna Houssell,　145 A. New Cedar Lane,　Trenton, NJ 08610-6320

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

　　　　***** BYPASSED RECIPIENTS *****
NONE.　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 06, 2017　　　　　　　　　　　　　　　　　　　Signature:　/s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 4, 2017 at the address(es) listed below:
　　　　Albert　Russo　　on behalf of Trustee Albert　Russo docs@russotrustee.com
　　　　Albert　Russo　　docs@russotrustee.com
　　　　Denise E. Carlon　　on behalf of Creditor　U.S. Bank National Association, Et Al...　dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com
　　　　George E Veitengruber, III　　on behalf of Joint Debtor Laura Deanna Houssell　Gveitengruberesq@gmail.com, knapolitano15@gmail.com
　　　　George E Veitengruber, III　　on behalf of Debtor Jegar Kane Houssell Gveitengruberesq@gmail.com, knapolitano15@gmail.com
　　　　Jeanette F. Frankenberg　　on behalf of Creditor　Nationstar Mortgage LLC as servicer for　U.S. Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC3 cmecf@sternlav.com
　　　　Jeanette F. Frankenberg　　on behalf of Loss Mitigation　Nationstar Mortgage LLC　cmecf@sternlav.com
　　　　Melissa N. Licker　　on behalf of Creditor　Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer for U.S. Bank National Association, as Trustee for the Specialty Underwriting and Residential Finance Trust Mortgage Loan Asset-Backed Certificates NJ_ECF_Notices@buckleymadole.com
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　TOTAL: 8