Form cscnodsc – ntccsclsnodis

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
402 East State Street
Trenton, NJ 08608

                    Case No.: 16−13260−CMG
                    Chapter: 13
                    Judge: Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Jegar Kane Houssell | Laura Deanna Houssell |
| 145 A. New Cedar Lane | 145 A. New Cedar Lane |
| Trenton, NJ 08610 | Trenton, NJ 08610 |

Social Security No.:
   xxx−xx−7586                                             xxx−xx−9176

Employer's Tax I.D. No.:

## NOTICE OF CASE CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−named case has been closed without entry of discharge for the reason(s) indicated below.

☐   Debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☐   Joint debtor has not filed a **Certification About a Financial Management Course** (Official Form 423) proving compliance with the instructional course requirement for discharge.

☑   Debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☑   Joint debtor has not filed a **Certification in Support of Discharge** certifying that all domestic support obligations due have been paid.

☐   Debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Joint debtor has been granted a discharge under sections 727 or 1141 of the Bankruptcy Code in a case commenced within 8 years before the date of the filing of the petition.

☐   Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4−year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   Joint Debtor has received a discharge in a case filed under chapter 7, 11, or 12 of the Bankruptcy Code during the 4 year period preceding the date of the petition; or in a case filed under chapter 13 of the Bankruptcy Code during the 2 year period preceding the date of the petition.

☐   An Order denying or revoking the debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

☐ An Order denying or revoking the joint debtor's discharge was entered pursuant to section 727 of the Bankruptcy Code.

If the debtor subsequently files a Motion to Reopen the Case to allow for the filing of the above document, the debtor must pay the applicable filing fee. If the debtor's case was closed because the debtor received a discharge in a previous case as set forth above, the debtor will have received a Notice of Clerk's Evidence of Previous Discharge providing an opportunity to be heard prior to case closing.


Dated: February 27, 2018
JAN: gan

                                                Jeanne Naughton
                                                Clerk

```
                        United States Bankruptcy Court
                              District of New Jersey

In re:                                                     Case No. 16-13260-CMG
Jegar Kane Houssell                                        Chapter 13
Laura Deanna Houssell
        Debtors                   CERTIFICATE OF NOTICE

District/off: 0312-3         User: admin             Page 1 of 2        Date Rcvd: Feb 27, 2018
                             Form ID: cscnodsc       Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 01, 2018.
db/jdb         +Jegar Kane Houssell,    Laura Deanna Houssell,    145 A. New Cedar Lane,    Trenton, NJ 08610-6320
lm            ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  NATIONSTAR,    ard, PC,    350 Highland Drive,
                 Lewisville, TX  75067)
lm             +Nationstar Mortgage LLC,    Stern, Lavinthal & Frankenberg,    105 Eisenhower Parkway,
                 Suite 302,    Roseland, NJ 07068-1640
cr             +Nationstar Mortgage LLC as servicer for  U.S. Bank,    Stern, Lavinthal & Frankenberg, LLC,
                 105 Eisenhower Parkway, Suite 302,    Roseland, NJ 07068-1640
cr             +Nationstar Mortgage LLC d/b/a Mr. Cooper as servic,    C/O Buckley Madole, P.C.,
                 99 Wood Avenue South, Suite 803,    Iselin, NJ 08830-2713
516015548      +AT&T C/o Bankruptcy,    1801 Valley View Lane,    Dallas, TX 75234-8906
516015549      +Buckely Madole PC,    99 Wood Avenue South,    Suite 803,    Iselin, NJ 08830-2713
516245902      +Emer Phy Assoc North Jersey,Pc,    6681 Country Club Drive,    Golden Valley MN 55427-4601
516015550      +Emergency Physician Associates No Jersey,    P.O. Box 740021,    Cincinnati, OH 45274-0021
516015551      +HRRG,    P.O. Box 459080,    Fort Lauderdale, FL 33345-9080
516015552       Law Enforcement Systems,    P.O. Box 3932,    Milwaukee, WI 53201
516015553      +Linebarger Guggan Blair et al.,    P.O. Box 90128,    Harrisburg, PA 17109-0128
516015554      +Maryland Transportation Authority,    P.O. Box 17600,    Baltimore, MD 21297-1600
516015557      +NJ EZPass,    Violations Processing Center,    P.O. Box 4971,    Trenton, NJ 08650-4971
516015558      +NJ Motor Vehicle Commission,    P.O. Box 160,    Trenton, NJ 08666-0160
516015559      +RMB Inc.,    409 Bearden Park Circle,    Knoxville, TN 37919-7448
516226499      +U.S. Bank National Association, as Trustee for SPE,    Nationstar Mortgage LLC,
                 P.O. Box 619096,    Dallas, TX 75261-9096
516015561     #+Verizon Wireless,    P.O. Box 26055,    Minneapolis, MN 55426-0055

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Feb 27 2018 23:41:36     U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 27 2018 23:41:31      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516015547      +E-mail/Text: mpieslak@trafgroup.org Feb 27 2018 23:42:09      A-1 Collection Service,
                 101 Grovers  Mill Road,    Suite 303,    Lawrence Township, NJ 08648-4706
516137530       E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Feb 27 2018 23:43:30
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK  73124-8838
516015555      +E-mail/Text: bankruptcydpt@mcmcg.com Feb 27 2018 23:41:30      Midland Funding,
                 8875 Aero Drive,    Suite 200,    San Diego, CA 92123-2255
516015560      +E-mail/Text: rwjebn@rwjbh.org Feb 27 2018 23:42:25      Robert Wood Johnson Univeristy Hospital,
                 1 Robert Wood Johnson Place,    New Brunswick, NJ 08901-1966
                                                                                              TOTAL: 6

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516015556*    ++NATIONSTAR MORTGAGE LLC,    PO BOX 619096,    DALLAS TX 75261-9096
                (address filed with court:  NationStar Mortgage,    350 Highland Drive,    Lewisville, TX 75067)
                                                                                TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 01, 2018                          Signature:  /s/Joseph Speetjens

```
District/off: 0312-3          User: admin              Page 2 of 2              Date Rcvd: Feb 27, 2018
                              Form ID: cscnodsc        Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 27, 2018 at the address(es) listed below:

```
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Albert    Russo    docs@russotrustee.com
              Denise E. Carlon    on behalf of Creditor     U.S. Bank National Association, Et Al...
               dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              George E Veitengruber, III    on behalf of Debtor Jegar Kane Houssell Gveitengruberesq@gmail.com,
               knapolitano15@gmail.com
              George E Veitengruber, III    on behalf of Joint Debtor Laura Deanna Houssell
               Gveitengruberesq@gmail.com,    knapolitano15@gmail.com
              Jeanette F. Frankenberg    on behalf of Creditor    Nationstar Mortgage LLC as servicer for  U.S.
               Bank National Association, as Trustee for SPECIALTY UNDERWRITING AND RESIDENTIAL FINANCE TRUST
               MORTGAGE LOAN ASSET-BACKED CERTIFICATES, SERIES 2006-BC3 cmecf@sternlav.com
              Jeanette F. Frankenberg    on behalf of Loss Mitigation     Nationstar Mortgage LLC
               cmecf@sternlav.com
              Melissa N. Licker    on behalf of Creditor    Nationstar Mortgage LLC d/b/a Mr. Cooper as servicer
               for U.S. Bank National Association, as Trustee for the Specialty Underwriting and Residential
               Finance Trust Mortgage Loan Asset-Backed Certificates NJ_ECF_Notices@buckleymadole.com
                                                                                              TOTAL: 8
```